UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASEN LYNN DUSHANE,

   Plaintiff,

 v.

PHIL MASSA, et al.,

   Defendants.

No. 2:15-cv-2319-TLN-EFB P

ORDER

   Plaintiff is a former federal pretrial detainee proceeding without counsel and in forma pauperis in a federal civil rights action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

   Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

/////

/////

/////

1

1   Plaintiff is incarcerated at the Northern Nevada Correctional Center. The Clerk of the
2  Court shall serve a copy of this order and a copy of plaintiff's in forma pauperis application upon
3  the Warden of Northern Nevada Correctional Center and deliver a copy of this order to the
4  Clerk's financial division. The agency having custody of plaintiff shall forward to the Clerk of
5  the Court the initial partial filing fee, if funds exist, as well as payments from plaintiff's account
6  each time the amount in the account exceeds $10, until the filing fee is paid. 28 U.S.C.
7  § 1915(b)(2).
8   So ordered.
9  Dated: March 17, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE